No. A–538.  GUSIKOFF ET AL. *v.* UNITED STATES.  D. C. S. D. Fla.  Application for stay pending appeal to the United States Court of Appeals for the Fifth Circuit, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–592.  BURLINGTON NORTHERN, INC. *v.* UNITED STATES ET AL.  Application for stay of an order of the Interstate Commerce Commission pending appeal to the United States Court of Appeals for the Sixth Circuit, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. D–170.  IN RE DISBARMENT OF COHEN.  Disbarment entered.  [For earlier order herein, see *ante,* p. 894.]

No. D–172.  IN RE DISBARMENT OF BENDES.  Disbarment entered.  [For earlier order herein, see *ante,* p. 894.]

No. D–174.  IN RE DISBARMENT OF SPOONER.  Disbarment entered.  [For earlier order herein, see *ante,* p. 894.]

No. D–183.  IN RE DISBARMENT OF BARNES.  It is ordered that Harry Davis Barnes, of Elkton, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 9, Orig.  UNITED STATES *v.* LOUISIANA ET AL.  Exceptions to Report of the Special Master set for oral argument in due course.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.  [For earlier order herein, see, *e. g., ante,* p. 816.]